IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

NORTHERN DIVISION

**JAMES RUSSELL MILLER**                                                       **PLAINTIFF**

**VS.**                                     **CIVIL ACTION NO.: 3:14-cv-427-HTW-LRA**

**MANAGEMENT & TRAINING**
**CORPORATION, ET.AL.**                                                     **DEFENDANTS**

## ORDER

Before the court are two motions: a motion to dismiss filed by individual defendants Patricia Doty, Priscilla Daly, Lawrence Mack, and Keith O'Banion [Doc. No. 8] and a motion for partial summary judgment on the pleadings filed by defendant Management & Training Corporation [Doc. No. 18]. Because both motions have been resolved pursuant to agreements between the parties[1], this court hereby finds them moot.

SO ORDERED, this the 27th day of January, 2015.

                                                      **s/ HENRY T. WINGATE**
                                                      UNITED STATES DISTRICT JUDGE

---

[1] The parties agreed to the dismissal of certain claims against the individual defendants [Doc. No. 25] as well as defendant Management and Training Corporation [Doc. No. 26]. The court entered an order reflecting said agreements on November 26, 2014.