UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES RUSSELL MILLER                                                                           PLAINTIFF

V.                                                                                     3:14-CV-427-HTW-LRA

MANAGEMENT & TRAINING CORPORATION;
PATRICIA DOTY; PRISCILLA DALY;
and LAWRENCE MACK                                                                        DEFENDANTS

## ORDER

This cause is before the Court on the Joint Motion for Continuance [73] filed by the parties. They request that the December 7, 2015, trial setting be continued, along with the other deadlines, and set forth a factual basis establishing good cause for an extension of the discovery period. Although the parties do not state how much additional time they request, the Court will continue the trial until Judge Wingate's March 21, 2016, docket.

IT IS, THEREFORE, ORDERED:

1. The parties' Joint Motion for Continuance [73] is **granted**, and the deadlines are extended as follows.

2. The discovery deadline is extended until **November 23, 2015**.

3. The motion deadline is extended until **December 8, 2015**.

4. The pretrial conference shall be conducted by Judge Wingate on either **March 1- or 11, 2016**, the exact time to be set at a later date.

5. The trial is reset on Judge Wingate's two-week trial calendar commencing **March 23, 2015**.

SO ORDERED, this the 14th day of April, 2015.

        /s/ Linda R. Anderson
      UNITED STATES MAGISTRATE JUDGE