# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 17, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-60068    James Miller v. Management & Training Corp.
                       USDC No. 3:14-CV-427

The court has granted the appellant's motion to stay appeal, pending further action by district court.

Your appeal has been placed in abeyance this date pending further action by District Court.  Once the case has been removed from abeyance, you will receive notification from this court with any additional instructions.

The appellant must file a status report every 30 days, until the case is removed from abeyance.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Majella A. Sutton, Deputy Clerk
                                    504-310-7680

Mr. Hiram Richard Davis Jr.
Mr. Richard Jarrad Garner
Mr. Arthur S. Johnston III
Mr. Matthew Reid Krell
Mr. James Monroe Scurlock