IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JAMES RUSSELL MILLER**                                                                                     **PLAINTIFF**

**VS**                                                          **CIVIL ACTION NO.: 3:14-cv-427-HTW-LRA**

**MANAGEMENT & TRAINING CORPORATION**                                                **DEFENDANT**

## ORDER

Before this Court are two motions filed by the Defendant Management & Training Corporation:  1) On June 4, 2018 Management & Training Corporation ("MTC") filed its *Motion for Additional Time to File A Reply* **[Doc. no. 212].** By this motion MTC sought additional time to file its *Reply* to Plaintiff's *Response* in Opposition to MTC's Application and Itemization regarding Attorneys' Fees [Doc. no. 205]; 2) MTC then filed, on June 13, 2018, its *Motion for Leave to file Reply Out of Time,* **[Doc. no. 214],** again seeking additional time to file its Reply to Plaintiff's *Response* in Opposition to MTC's Application for Attorneys' Fees.

Plaintiff, James Russell Miller ("Miller"), opposes both motions.  This court notes that Miller moved for and was granted additional time to file his Response in opposition to MTC's fee application.  MTC is entitled to the same consideration.  This court grants to MTC permission to file its reply brief out of time if it still wishes to do so.  MTC is allowed three days from the date of this order to file its Reply to Miller's Response in opposition to MTC's Application for Attorney's Fees.  Shortly thereafter, this court will render its decisions on the remaining motions.  The earlier request for an extension of time is now moot and is denied as such.

## CONCLUSION

For the reasons stated herein, the Defendant's *Motion for Additional Time to File A Reply*

**[Doc. no. 212]** is denied as moot.  Defendant's *Motion for Leave to file Reply Out of Time* **[Doc. no. 214]** is granted, with MTC being allowed three days to file the Reply brief.

  **SO ORDERED** this 29th day of November, 2018.

              _____s/HENRY T. WINGATE_____
              UNITED STATES DISTRICT JUDGE