**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

JAMES RUSSELL MILLER                                                                                          *Plaintiff*

vs.                                                        **Civil Action No. 3:14-cv-000427-HTW-LRA**

MANAGEMENT & TRAINING
CORPORATION, *et al.*                                                                                      *Defendants*

---

### ENTRY OF APPEARANCE

---

Please take notice that Darryl A. Wilson, with the law firm of Adams and Reese LLP, hereby enters his appearance as counsel of record for Defendant Management and Training Corporation in the above-styled and numbered cause. All notices and pleadings should be sent to the following:

> R. Jarrad Garner
> Darryl A. Wilson
> Adams and Reese LLP
> 1018 Highland Colony Parkway, Suite 800
> Ridgeland, Mississippi 39157
> Telephone – (601) 353-3234
> Facsimile - (601) 355-9708
> jarrad.garner@arlaw.com
> darryl.wilson@arlaw.com

RESPECTFULLY SUBMITTED, this the 21st day of December, 2018.

**ADAMS AND REESE LLP**

By:   */s/ Darryl A. Wilson*
          R. Jarrad Garner (MSB No. 99584)
          Darryl A. Wilson (MSB No. 104902)
          ADAMS AND REESE LLP
          1018 Highland Colony Parkway, Suite 800
          Ridgeland, Mississippi 39157
          Telephone:     601-353-3234
          Facsimile:     601-355-9708
          jarrad.garner@arlaw.com
          darryl.wilson@arlaw.com

54077242                                                          -1-

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document with the Clerk of the Court using the ECF electronic filing system, which sent notification of such filing to all counsel of record.

This the 21st day of December, 2018.

                                        */s/ Darryl A. Wilson*
                                        Darryl A. Wilson