UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| JAMES RUSSELL MILLER | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| V. | ) NO. 3:14-CV-427-HTW-LRA |
| | ) |
| MANAGEMENT & TRAINING | ) |
| CORPORATION, ET AL. | ) |
| | ) |
| DEFENDANTS | ) |

**AMENDMENT/ERRATA TO DECLARATION [DOCKET ENTRY 211-1]**

1. In defendant Management & Training Corporation's reply brief in support of its fee application [Docket Entry (DE) 223], the defendant identified certain errors in converting time expressed fractions of an hour to minutes in John B. Gillis' declaration [DE 211-1]. The following is a list of corrections to the declaration. The corrections are one-tenth hour and six minute corrections. The corrections are inconsequential since the serious issues before the court do not involve one-tenth hour or six minute billing missteps. The corrections do not change the analysis and conclusions set out in the declaration.

    Paragraph 9 -    Change 36 to 41 minutes to 31 to 36 minutes.

    Paragraph 10 -    Change 24 to 29 minutes to 19 to 24 minutes.

    Paragraph 13 -    Change 36 to 41 minutes to 31 to 36 minutes.
                            Change 30 to 35 minutes to 25 to 30 minutes.

    Paragraph 19 -    Change 18 to 23 minutes to 13 to 18 minutes.
                            Change 24 to 29 minutes to 19 to 24 minutes.

    Paragraph 20 -    Change 48 to 53 minutes to 43 to 48 minutes.

    Paragraph 22 -    Change 54 to 59 minutes to 49 to 54 minutes.
                            Change 7.2 hours to 7.3 hours.

    Paragraph 23 -    Change 18 to 23 minutes to 13 to 18 minutes.

Paragraph 24 -   Change 12 to 17 minutes to 7 to 12 minutes.

Paragraph 26 -   Change 5.7 hours to 5.8 hours.
Change 4.7 hours to 4.8 hours.

Paragraph 29 -   Change 3.3 hours to 3.4 hours.
Change 2.3 hours to 2.4 hours.

Paragraph 31 -   Change 3.6 hours to 3.7 hours.
Change 2.6 hours to 2.7 hours.

Paragraph 32 -   Change 12 to 17 minutes to 7 to 12 minutes.

Paragraph 33 -   Change 24 to 29 minutes to 19 to 24 minutes.

Paragraph 36 -   Change 2.2 hours to 2.3 hours.

Paragraph 37 -   Change 48 to 53 minutes to 43 to 48 minutes.
Change 24 to 29 minutes to 19 to 24 minutes.

Paragraph 39 -   Change 18 to 23 minutes to 13 to 18 minutes.

Paragraph 41 -   Change 24 to 29 minutes to 19 to 24 minutes.
Change 12 to 17 minutes to 7 to 12 minutes.

Paragraph 45 -   Change 12 to 17 minutes to 7 to 12 minutes.
Change 18 to 23 minutes to 13 to 18 minutes.

2. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on _21 December 2018_

*/s/ John B. Gillis*

JOHN B. GILLIS
MISSISSIPPI BAR NO. 8694

JOHN B. GILLIS
ATTORNEY-AT-LAW
POST OFFICE BOX 185
WATER VALLEY, MISSISSIPPI 38965-0185
(662) 816-5991
jbgillis@johngillislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 21 December 2018, I electronically filed this document with the clerk of the court using the ECF system which presumably sent notification of such filing to the following persons:

R. Jarrad Garner
jarrad.garner@arlaw.com
Adams and Reese LLP
1018 Highland Colony Parkway
Suite 800
Ridgeland, Mississippi 39157

James Monroe Scurlock
jms@WallaceLawFirm.com
Wallace, Martin, Duke & Russell, PLLC
Attorneys at Law
1st Floor, Centre Place
212 Center Street
Little Rock, Arkansas 72201

Matthew Reid Krell
matthewrkrell@gmail.com
The Law Offices of Matthew Reid Krell
Post Office Box 71504
Tuscaloosa, Alabama 35407

/s/ John B. Gillis
_____
JOHN B. GILLIS