UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JAMES RUSSELL MILLER,**
**Plaintiff**

v.                                    Cause No: 3:14-cv-00427-HTW-LRA

**MANAGEMENT AND TRAINING**
**CORPORATION,**
**Defendant**

## PLAINTIFF'S MOTION SEEKING SANCTIONS UNDER RULE 11(b)

COMES NOW the Plaintiff, by and through the undersigned counsel, and for this his Motion Seeking Sanctions Under Rule 11(b) would show as follows:

1. The Court recently Granted Defendants' Motion for Leave to Reply Out of Time.  Docs. 214 and 222.

2. Defendant then filed a Reply Brief in Support of Defendants' Attorneys' Fees.  Doc. 223.

3. Defendant's Reply Brief in Support of Defendants' Attorneys' Fees proceeding is 90% recycled from the Defendant's Brief supporting their Motion to Strike the Plaintiff's Response in the Fee Application proceeding. Doc. 216; Ex. A.

4. Defense counsel was previously warned that the filing of the brief was frivolous and was a violation of 28 U.S.C. 1927.  Ex. B.

5. Defense counsel failed to withdraw said brief and used it again in their present filing that is the subject of this Motion.

6. This Motion is brought not because Garner recycled text from a prior

1

filing in this case.

7. This Motion is brought because Garner's recycling demonstrates that the prior filing was submitted for an improper purpose. Instead of seeking actual relief (to which they aren't entitled anyway), the *prior* filing was intended to "back-door" a reply brief on MTC's fee application into the record when it was not clear that the Court would permit it.

8. In addition, by doing the very light editing that he did, Garner demonstrated that the prior filing was intended to harass opposing counsel.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests entry of an order granting sanctions under Rule 11(b) and for all other proper relief.

Respectfully submitted,

WALLACE, MARTIN, DUKE & RUSSELL, PLLC
Attorneys at Law
1st Floor, Centre Place
212 Center Street
Little Rock, Arkansas 72201
(501) 375-5545
Attorney for Plaintiff

By: */s/ James Monroe Scurlock*
James Monroe Scurlock, TN BPR No. 032192
jms@WallaceLawFirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been served on this, the 28th of December 2018, via email and Doc. upon counsel for the Defendants.

Richard Jarrad Garner
Lindsey O. Watson
H. Richard Davis, Jr.
Daryl A. Wilson
ADAMS AND REESE, LLP
1018 Highland Colony Parkway
Suite 800
Ridgeland, Mississippi 39157
(601) 353-3234
(601) 355-9708 FAX
E-Mail:  Jarrad.Garner@arlaw.com
E-Mail:  Lindsey.Oswalt@arlaw.com
E-Mail:  Richard.Davis@arlaw.com
E-Mail:  Darryl.Wilson@arlaw.com

By:      */s/ James Monroe Scurlock*
James Monroe Scurlock, TN BPR No. 032192
jms@WallaceLawFirm.com