9/28/21, 3:37 PM
Case 3:14-cv-00427-HTW-LGI Document 236-1 Filed 09/28/21 Page 1 of 1
Email - Miller, James - Intention to File Motion to Stay Sanctions Pending Appeal

 Gmail

**Reid Krell <matthewrkrell@gmail.com>**

---

## Miller, James - Intention to File Motion to Stay Sanctions Pending Appeal

**Jarrad Garner** <Jarrad.Garner@arlaw.com>                    Tue, Sep 28, 2021 at 11:44 AM
To: James Scurlock <jms@wallacelawfirm.com>
Cc: Reid Krell <matthewrkrell@gmail.com>

We do not oppose a stay pending the resolution of the appeal.  Thanks.  Jarrad



**Jarrad Garner**
Partner

ADAMS AND REESE LLP

1018 Highland Colony Parkway, Suite 800 | Ridgeland, MS 39157
**Main** 601.353.3234 | **Direct** 601.292.0701 | **Mobile** 601.214.5815
**eFax** 601.944.9035 | **Fax** 601.355.9708

**jarrad.garner@arlaw.com**

**Website** | **Bio** | **vCard** | **Map** | in  twitter  f  youtube

**View our COVID-19 resources.**

[Quoted text hidden]