UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES RUSSELL MILLER,
Plaintiff

v.  Cause No: 3:14-cv-00427-HTW-LGI

MANAGEMENT AND TRAINING
CORPORATION,
Defendant

## THIRD AMENDED NOTICE OF APPEAL

COMES NOW the Plaintiff, by and through the undersigned counsel, and in the above captioned matter hereby appeals to the United States Court of Appeals for the Fifth Circuit the following Orders of the District Court: order denying Plaintiff's Motion to Amend/Correct (Doc. 188); order granting Defendant's Motion for Attorneys' Fees (Doc. 191); order denying Plaintiff's Motion to Alter or Amend (Doc. 200) as well as the accompanying Judgment (Doc. 201); order granting Defendant's Motion for Leave to File Reply Out of Time (Doc. 222); order denying Plaintiff's Rule 11 Motion for sanctions (Doc. 234); order sealing records related to the attorneys' fees proceedings (Doc. 234); and order granting Defendant's fee application in part (Doc. 235).

James Monroe Scurlock and Matthew Reid Krell appeal only the Order awarding sanctions in part against them personally (Docs. 191 and 235).

1

Respectfully submitted,

WALLACE, MARTIN, DUKE & RUSSELL, PLLC
Attorneys at Law
1st Floor, Centre Place
212 Center Street
Little Rock, Arkansas 72201
(501) 375-5545
Attorney for Plaintiff

By:     */s/ James Monroe Scurlock*
James Monroe Scurlock, TN BPR No. 032192
jms@WallaceLawFirm.com

THE LAW OFFICES OF MATTHEW REID KRELL
P.O. Box 71504
Tuscaloosa, AL 35407
(662)469-5342
Attorney for Plaintiff

By:     */s/ Matthew Reid Krell*
Matthew Reid Krell, MSB#103154
matthewrkrell@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been served on this, the 26th of October 2021, via electronic mail and ECF upon counsel for the Defendants.

Richard Jarrad Garner
Lindsey O. Watson
H. Richard Davis, Jr.
ADAMS AND REESE, LLP
1018 Highland Colony Parkway
Suite 800
Ridgeland, Mississippi 39157
(601) 353-3234
(601) 355-9708 FAX
E-Mail:  Jarrad.Garner@arlaw.com
E-Mail:  Lindsey.Oswalt@arlaw.com
E-Mail:  Richard.Davis@arlaw.com

Andrew J. Clark
LAW OFFICES OF ANDY J. CLARK, PLLC
350 Industrial Drive South
Madison, Mississippi 39110
Email:  andy@andyjclark.com
(601) 622-7334
(601) 898-1025 FAX

> */s/ James Monroe Scurlock*
> James Monroe Scurlock, TN BPR No. 032192
> jms@WallaceLawFirm.com
>
> */s/ Matthew Reid Krell*
> Matthew Reid Krell, MSB#103154
> matthewrkrell@gmail.com